IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY wla D.C.

05 DEC -9 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

VS.                                       NO. 03-20485-Ma

ALFONZO JOHNSON,

    Defendant.

ORDER RESETTING SENTENCING DATE

    Before the court is the government's December 7, 2005, motion to reset the sentencing of Alfonzo Johnson, which is presently set for December 8, 2005. For good cause shown, the motion is granted. The sentencing of defendant Alfonzo Johnson is **reset to Friday, January 13, 2006, at 11:00 a.m.**

    It is so ORDERED this 8K day of December, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-13-05

368

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 368 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
99 South 2nd Street
Suite 283
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT